LG Electronics - claim chart with respect to U.S. Patent No. 6,703,963 (the '963 patent)

## Exhibit A-1

## Preliminary Analysis of Infringement of U.S. Patent No. 6,703,963

Princeps Secundus LLC ("Princeps"), owner of U.S. Patent No. 6,703,963 (the "'963 patent") entitled "Universal Keyboard", provides this preliminary and exemplary infringement analysis with respect to infringement of the '963 patent by LG Electronics Inc. and certain subsidiaries ("LG Electronics" or "Defendant").

Defendant LG Electronics directly infringes the '963 patent in violation of 35 U.S.C. § 271(a) by selling, offering to sell, making, using, and/or importing instrumentalities which embody the claimed features of the patented invention. Princeps contends that based on currently available information, Princeps is aware that LG Electronics, at a minimum, has sold, offered for sale, made, used, and/or imported at least the following products and services: LG Electronics devices, such as the LG V50 ThinQ and LM-G850UM smartphones which operate using the Android operating system (the "Accused Instrumentalities"). Current versions of these devices use a current version of the Android operating system, shipping either with Android 9.0 "Pie" or "Android 10". The Android operating system utilizes applications with infringing keyboard functions, such as an LG Electronics proprietary app for messages also utilizing the LG Electronics "Smart Toolbar".

Unless otherwise noted, Princeps believes and contends that each element of each claim asserted herein is literally met through LG Electronics' provision of the Accused Instrumentalities. However, to the extent that LG Electronics attempts to allege that any asserted claim element is not literally met, Princeps believes and contends that such elements are met under the doctrine of equivalents. More specifically, in its investigation and analysis of the Accused Instrumentalities sold, offered for sale, made, used, and/or imported by LG Electronics, Princeps did not identify any substantial differences between the elements of the patent claims and the corresponding features of the Accused Instrumentalities, as set forth herein. In each instance, the identified feature of the Accused Instrumentalities performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

Princeps notes that the present claim chart and analysis are necessarily preliminary because Princeps has not received any discovery from LG Electronics. Nor has LG Electronics disclosed any analysis in support of any purported non-infringement positions. Further, Princeps does not have the benefit of claim construction or expert discovery. Princeps hereby specifically reserves the right to supplement and/or amend the positions taken in this preliminary and exemplary infringement analysis, including with respect to literal infringement and infringement under the doctrine of equivalents, if and when warranted by further information obtained by Princeps prior to or during the pendency of the litigation, including information adduced through fact discovery, claim construction, expert discovery, and/or further analysis. Nothing in this preliminary and exemplary infringement analysis constitutes an implicit or explicit proposal regarding the construction of any claim term or phrase.

Note: Unless otherwise indicated, all internet sources last accessed and downloaded on January 30, 2020.

LG Electronics - claim chart with respect to U.S. Patent No. 6,703,963 (the '963 patent)

## LG Electronics – LG Devices with Universal Keyboard Technology

LG Electronics Inc. and its subsidiaries ("LG Electronics") provides and sells devices, including the LG V50 ThinQ and LM-G850UM smartphones, with proprietary and third-party applications and the Android operating system. The LG Electronics devices utilizes a universal keyboard technology with functional mode controls, at least one domain control and a plurality of input keys associated with specific domain level values based on a selected functional mode. LG Electronics' universal keyboard technology utilizes function-specific displays indicating domain-level values for a selected functional mode and domain-level combination. The input keys and the domain control are simultaneously presented by the LG Electronics phone and software. The universal keyboard technology permits LG Electronics to provide a variety of keyboard and layout options to users of the LG Electronics devices.



The LG V50 ThinQ
Source: https://www.lg.com/us/mobile

Note: Unless otherwise indicated, all internet sources last accessed and downloaded on January 30, 2020.

LG Electronics - claim chart with respect to U.S. Patent No. 6,703,963 (the '963 patent)

| Claim | US Patent 6,703,963 | Description of the Infringement |
|---|---|---|
| Indep. Cl. 1 | | LG Electronics provides and sells several models of smartphones as information input devices utilizing various versions of the Android operating system: |
| 1-p | An information input device, comprising: | "LG V40 ThinQ - As premium as LG currently goes"<br><br>Source: https://www.techradar.com/news/best-lg-phones "Best LG phones 2020: finding the best LG phone for you" dated December 4, 2019. |

Note: Unless otherwise indicated, all internet sources last accessed and downloaded on January 30, 2020.

LG Electronics - claim chart with respect to U.S. Patent No. 6,703,963 (the '963 patent)

| Claim | US Patent 6,703,963 | Description of the Infringement |
|---|---|---|
| 1-a | a functional mode control for selecting a first functional mode of operation of multiple functional modes of operation by the input device; | In the LG Electronics devices running the Android operating system, the "functional mode control" can be any icon for activating an installed application which relies upon a keyboard for accepting input information data. Such applications can include applications that are proprietary to LG Electronics or third-party apps which utilize a keyboard for accepting input data.<br><br>"**Opening and Switching Apps**<br>Multi-tasking is easy with Android™ because you can use and switch among several open apps. Android™ manages each app, stopping and starting them as needed, to ensure that idle apps don't consume resources unnecessarily.<br>Opening an app<br>   Open an app simply by tapping its icon on the screen.<br>**TIP!**<br>You can customize your Home screen with the app icons you use most often. Apps are located on the Applications screen, but you can copy any app icon to your Home screen for faster, more convenient access. No matter where the icon is, on the Applications screen or your Home screen, just tap it to open and use it.<br>Opening multiple apps<br>   Tap an app icon to open it.<br>   Tap the Home Key (in the Touch Keys bar).<br>   NOTE<br>   If the app icon you want is on your Home screen, simply tap the icon to open and use it.<br>   Tap the Apps icon (in the QuickTap bar).<br>   Tap the Apps tab (if necessary), then tap the icon for the other app you want to open."<br><br>Source: https://www.lg.com/us/mobile-phones/VS985/Userguide/066.html<br><br>See also: https://www.lg.com/us/mobile-phones/VS450PP/Userguide/047.html "Opening an app" |

Note: Unless otherwise indicated, all internet sources last accessed and downloaded on January 30, 2020.

LG Electronics - claim chart with respect to U.S. Patent No. 6,703,963 (the '963 patent)

| Claim | US Patent 6,703,963 | Description of the Infringement |
|---|---|---|
| | | According to the patent, the functional mode control may also be used to set different functional modes of operation, such as for enabling different keyboards for character sets of different languages or different sets of symbols:<br><br>which the keyboard is serving as an input device. For example, the functional mode of operation is selected, by way of example, from the group consisting of: an English alphanumeric keyboard, a non-English alphanumeric keyboard, telephone, calculator, card reader, text editing, internet navigation, an application-specific mode associated with the use of a particular software application and a mode associated with the control of an electronic device. Additionally, in embodiments of the invention, the keyboard 1 operates concurrently in more than one functional mode of operation. For example, the keyboard may be concurrently in both the E-mail and Alphanumeric functionalities to facilitate drafting an e-mail message. Other exemplary combinations of multiple simultaneous functional modes of operation include Edit/E-mail, Edit/Alphanumeric, Tele/www, Tele/Alpha, or E-mail/Tele/www.<br><br>Source: US Patent 6,703,963 (See column 4, lines 4-19) |

Note:  Unless otherwise indicated, all internet sources last accessed and downloaded on January 30, 2020.

LG Electronics - claim chart with respect to U.S. Patent No. 6,703,963 (the '963 patent)

| Claim | US Patent 6,703,963 | Description of the Infringement |
|---|---|---|
| 1-b | a domain control for selecting one of multiple domain levels within the first functional mode wherein each domain level is associated with a set of domain-level values; | The "domain control" in the LG Electronics keyboard includes the symbol for an Emoji appearing in the "Smart Toolbar" as shown below. The symbol in the Smart Toolbar is activated by touching it on the touch screen to control the "domain level" (i.e., the selection of a set of emoji symbols) associated with the selected symbol set at each domain level.<br><br>"Entering text<br>Using the Smart toolbar<br>You can use various keyboard input methods in one place. You can select the desired input method from the top of the keyboard.<br>1 Select the desired keyboard input method from the Smart toolbar.<br>2 Tap, then touch and drag each tool to reorganize as desired."<br><br>Source: https://www.sprint.com/content/dam/sprint/commerce/devices/lg/lg-v50-thing/documents/LM-V450PM_SPR_UG_Web_EN_V1.0_190425.pdf See page 71 (or 72 of 219 of full PDF). |

6

Note: Unless otherwise indicated, all internet sources last accessed and downloaded on January 30, 2020.

LG Electronics - claim chart with respect to U.S. Patent No. 6,703,963 (the '963 patent)

| Claim | US Patent 6,703,963 | Description of the Infringement |
|---|---|---|
| | | **Smart Tool**<br><br>- Tap to hide the smart tools.<br>- Tap to add emojis.<br>- Tap to add avatar stickers.<br>- Tap to add ani-stickers.<br>- Tap to enter text by using voice.<br>  - To maximize the voice command recognition, speak clearly.<br>  - To enter text with your voice, make sure that your device is connected to a network.<br>  - To select the language for voice recognition, tap ⚙ > **Languages** on the voice recognition screen.<br>  - This function may not be supported, or the supported languages may differ depending on the service area.<br>- Tap to access keyboard settings.<br>- Tap to open the clip tray.<br>  - For more information, please see *Clip Tray*.<br>- Tap to let the keyboard float, when you use the Multi-window feature. You can also move the keyboard to the desired location.<br>- Tap to bring the smart tools back.<br><br>**Using the Smart keyboard**<br>You can use the Smart keyboard to enter and edit text.<br>With the Smart keyboard, you can view text as you type without bothering to alternate between the screen and a conventional keyboard. This allows you to easily find and correct errors when typing.<br><br>NOTE: The "Smart Tool" tool bar remains onscreen unless tapped to be hidden. The Emoji button provides access to the emoji domain with emoji selections.<br>Source: https://www.sprint.com/content/dam/sprint/commerce/devices/lg/lg-v50-thing/documents/LM-V450PM_SPR_UG_Web_EN_V1.0_190425.pdf  See page 72 (73 of 219 of full PDF). |

Note:  Unless otherwise indicated, all internet sources last accessed and downloaded on January 30, 2020.

LG Electronics - claim chart with respect to U.S. Patent No. 6,703,963 (the '963 patent)

| Claim | US Patent 6,703,963 | Description of the Infringement |
|---|---|---|
| | | IN THE ALTERNATIVE:<br><br>**Adding languages to the keyboard**<br>You can make additional languages available for keyboard input.<br>1. Tap ○ > **Settings** > **General** > **Language & keyboard** > **On-screen keyboard** > **LG Keyboard** > **Select languages**.<br>You can also tap ⚙ > **Select languages** on the keyboard.<br>2. Select the languages you want to use on the keyboard.<br><br>NOTE: "You can also tap "cog symbol" [to] Select languages on the keyboard."<br><br>The Settings symbol appears on the "Smart Tool" tool bar and provides access to domains containing character sets for other languages.<br><br>Source: https://www.sprint.com/content/dam/sprint/commerce/devices/lg/lg-v50-thinq/documents/LM-V450PM_SPR_UG_Web_EN_V1.0_190425.pdf See page 77 (78 of 219 of full PDF). |

Note: Unless otherwise indicated, all internet sources last accessed and downloaded on January 30, 2020.

LG Electronics - claim chart with respect to U.S. Patent No. 6,703,963 (the '963 patent)

| Claim | US Patent 6,703,963 | Description of the Infringement |
|---|---|---|
| 1-c | a plurality of input keys, separate and distinct from the domain control, assigned to the set of domain-level values associated with a selected domain level and functional mode, | On the LG Electronics keyboard, the character sets associated with domain levels for different language character sets or emojis appear as input keys "separate and distinct" from the domain control Emoji symbol (the "Smiley Face")or the Setting symbol (the "Cog") on the Smart Toolbar.<br><br>Source: https://www.sprint.com/content/dam/sprint/commerce/devices/lg/lg-v50-thinq/documents/LM-V450PM_SPR_UG_Web_EN_V1.0_190425.pdf  See page 71 (or 72 of 219 of full PDF). |
| 1-d | wherein each input key assigned to a domain-level value is associated with a signal, representative of the domain-level value, transmitted by the input device in response to actuation of the input key; and | See 1-c above, showing that each input key transmits a signal having a value representative of a letter in the alphabet of the country in the domain-level set for that respective country.  These input keys are activated by pressing on the touchscreen of the LG Electronic device displaying the keyboard.<br><br><br>Also see https://emojipedia.org/lg/ for listings of available emojis. |

9

Note:  Unless otherwise indicated, all internet sources last accessed and downloaded on January 30, 2020.

LG Electronics - claim chart with respect to U.S. Patent No. 6,703,963 (the '963 patent)

| Claim | US Patent 6,703,963 | Description of the Infringement |
|---|---|---|
| 1-e | a function-specific display indicating a domain-level value associated with each input key for a currently selected functional mode and domain level combination, | Each language (or symbol) specific keyboard presents a "function-specific display" of a character set inside an open App and associated with a specific language or a set of emojis depicting particular meanings to a user that are unique for a currently selected functional mode and domain level combination. So for example, in the figure below, the functional mode includes the possibility of choosing the English character domain in the LG Electronics proprietary messaging app:<br><br>Source: https://www.sprint.com/content/dam/sprint/commerce/devices/lg/lg-v50-thinq/documents/LM-V450PM_SPR_UG_Web_EN_V1.0_190425.pdf See page 71 (or 72 of 219 of full PDF). |
| 1-f | wherein the input keys and domain control are simultaneously presented by the input device. | From 1-e above, it shows the touch-screen keyboard on the LG Electronics devices, the input keys character or emoji symbol buttons and the domain control buttons on the Smart Toolbar are simultaneously presented on the screen. |

10

Note: Unless otherwise indicated, all internet sources last accessed and downloaded on January 30, 2020.

LG Electronics - claim chart with respect to U.S. Patent No. 6,703,963 (the '963 patent)

| Claim | US Patent 6,703,963 | Description of the Infringement |
|---|---|---|
| 2 | The invention as in claim 1 wherein the domain-level value assigned to an input key is determined by software associated with each functional mode. | See 1-p above, showing that the LG Electronics proprietary app is software which determines what domain-level value (i.e., character) is assigned to an input key associated with any functional mode and domain-level. |
| 9 | The invention as in claim 1 wherein each display is comprised of a touch screen. | LG Electronics devices, such as the LG V50 ThinQ, utilize touchscreens for data input:<br><br>Source: https://www.sprint.com/content/dam/sprint/commerce/devices/lg/lg-v50-thinq/documents/LM-V450PM_SPR_UG_Web_EN_V1.0_190425.pdf   See page 50 (or 51 of 219 of full PDF). |
| Indep. Cl. 60 | | |
| 60-p | A method of operating an information input device comprising | See 1-p above, users of the LG Electronics devices operate those devices as shown in 1-p above; |
| | one or more functional modes of operation | See 1-a above; |
| | having multiple domain levels selectable by a domain control, | See 1-b above; |
| | each domain level containing domain-level values, a plurality of input keys, separate and distinct from the domain control, | See 1-c above; |

11

Note:  Unless otherwise indicated, all internet sources last accessed and downloaded on January 30, 2020.

LG Electronics - claim chart with respect to U.S. Patent No. 6,703,963 (the '963 patent)

| Claim | US Patent 6,703,963 | Description of the Infringement |
|---|---|---|
| | having domain-level values assigned according to a current functional mode of operation and current domain level and a display to indicate the domain-level values associated with the input keys, wherein the method comprises the steps of: | See 1-e above; |
| 60-a | first selecting a functional mode of operation of the information input device; | See 1-a above. |
| 60-b | second selecting, through the domain control, a domain level within the selected functional mode of operation; and | See 1-b above; |
| 60-c | actuating one or more of the input keys, associated with domain-level values corresponding to the domain level selected | See 1-c above; |

Note: Unless otherwise indicated, all internet sources last accessed and downloaded on January 30, 2020.

LG Electronics - claim chart with respect to U.S. Patent No. 6,703,963 (the '963 patent)

| Claim | US Patent 6,703,963 | Description of the Infringement |
|---|---|---|
|  | during the second selecting step, and |  |
| 60-d | wherein the input keys and domain control are simultaneously presented by the input device. | See 1-f above. |

Note: Unless otherwise indicated, all internet sources last accessed and downloaded on January 30, 2020.